| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Van Tatenhove, Gregory F | 2. Court or Organization U. S. District Court (ED-KY) | 3. Date of Report 9/16/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge-Nominee | 5. ReportType (check appropriate type) ⦿ Nomination, Date 9/13/2005 ◯ Initial ◯ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 8/16/2005 |
| 7. Chambers or Office Address 110 West Vine Street Suite 400 Lexington, KY 40507-1671 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Vice-Chairman | Appalachian High Intensity Drug Trafficking Area |
| 2. | Chairman | Appalachian High Intensity Drug Trafficking Area |
| 3. | Steering Committee Member | Operation UNITE (DOJ Funded Drug Initiative) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |

FINANCIAL DISCLOSURE OFFICE 2005 SEP 19 A 10:06 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Van Tatenhove, Gregory F | 9/16/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Van Tatenhove, Gregory F | 9/16/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

EXEMPT

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

IIIA: Non-investment income from 2003-2005 is from current employment by the United States.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Van Tatenhove, Gregory F | Date of Report<br><br>9/16/2005 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____9-16-05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 6,119.00 | Notes payable to banks-secured | 0.00 |
| U.S. Government securities-add schedule | 0.00 | Notes payable to banks-unsecured | 14,680.00 |
| Listed securities-add schedule | 25,298.00 | Notes payable to relatives | 61,000.00 |
| Unlisted securities--add schedule | 0.00 | Notes payable to others | 0.00 |
| Accounts and notes receivable: | 0.00 | Accounts and bills due | 0.00 |
| Due from relatives & friends | 0.00 | Unpaid income tax | 0.00 |
| Due from others | 0.00 | Other unpaid income and interest | 0.00 |
| Doubtful | 10,000.00 | Real estate mortgages payable-add schedule | 383,115.00 |
| Real estate owned-add schedule | 700,000.00 | Chattel mortgages and other liens payable | 2,920.00 |
| Real estate mortgages receivable | 0.00 | Other debts-itemize: | 0.00 |
| Autos and other personal property | 95,000.00 | Consumer Credit | 16,219.00 |
| Cash value-life insurance | 17,765.00 | | |
| Other assets itemize: | 0.00 | Total Liabilities | 477,934.00 |
| U.S. Government Thrift Savings | 316,302.00 | Net Worth | 751,884.00 |
| Cash Balance Retirement | 59,334.00 | Total liabilities and net worth | 1,229,818.00 |
| Total Assets | 1,229,818.00 | | |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | 0.00 | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | 0.00 | Are you defendant in any suits or legal actions? | No |
| Legal Claims | 0.00 | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | 0.00 | | |
| Other special debt | 0.00 | | |